```
 1  William D. Hyslop
    United States Attorney
 2  Eastern District of Washington
    Caitlin A. Baunsgard
 3  Assistant United States Attorney
 4  Post Office Box 1494
    Spokane, WA 99210-1494
 5  Telephone: (509) 353-2767
 6
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00066-TOR |
|---|---|
| Plaintiff, | NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT |
| v. | |
| JOSE GARCIA-VILLA, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Notice of Review of Presentence Investigation Report.

The United States has reviewed the draft PSIR (ECF. 25) and has no objections.

William D. Hyslop
United States Attorney

*s/ Caitlin A. Baunsgard*
Caitlin A. Baunsgard
Assistant U.S. Attorney

UNITED STATES' NOTICE OF REVIEW OF PSIR - 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Counsel of Record for Defendant, Robert M. Seines

                          *s/ Caitlin A. Baunsgard*
                          Caitlin A. Baunsgard
                          Assistant United States Attorney